IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:	:	MISCELLANEOUS
	:
DAVID FRANCIS LUVARA	:	NO. 01-mc-0250

## ORDER

**AND NOW**, this 11th day of March, 2008, respondent having been ordered on February 29, 2008, to show cause, within thirty (30) days, why he should not be **disbarred** from the practice of law in this court, effective February 7, 2008, and respondent having answered and not requested a hearing, it is hereby

**ORDERED** that respondent is **disbarred** from the practice of law in this court, effective February 7, 2008.

BY THE COURT:


/s/ Harvey Bartle III
**HARVEY BARTLE III
Chief Judge**